## CERTIFICATION OF TRUST

1. Name of Trust: Kathleen M. Eagleton, as Trustee of the Eagleton Exemption Trust under Kathleen M. and William L. Eagleton, Jr. Revocable Trust, under agreement dated December 7, 2006.

2. Date of Trust: _____    Date trust instrument was executed: December 7, 2006

3. Name(s) of settlor(s) of trust: Kathleen Eagleton _____

4. Name(s) of currently acting trustee(s): Kathleen M. Eagleton

5. Address(es) of currently acting trustee(s): 32 Cart Track Drive, Gloucester MA 01930

6. This trust states that _____1_____ (number) of _____1_____ (number) co-trustee(s) are required to exercise the powers of the trustee.

7. ☐ The co-trustee(s) authorized to sign or otherwise authenticate on behalf of the trust are:

   _____

   **OR**

   ☒ There are no co-trustees authorized to sign or otherwise authenticate on behalf of the trust.

8. Name(s) of successor trustee(s): Santa Fe Trust Company _____

9. The trustee(s) has (have) the power to (check all that apply):

   ☒ To lease, sell, contract to sell and grant options to purchase any part or all of the trust estate at public or private sale, for cash or on credit, and to exchange any part or all of the trust estate for other property;

   ☒ To borrower money and to mortgage, pledge or otherwise encumber any part or all of the trust estate as security for any loan;

   ☒ To delegate discretionary and non-discretionary powers of the trustee(s) by employment of agents, including the creation of agency relationships pursuant to a power of attorney;

   ☒ To grant easements, subdivide, improve, give consents and enter into contracts relating to real estate or its use and to dedicate any interest in real estate;

   ☐ Other Powers (list) _____.

10. Title to the trust property shall be taken as follows (for example, "John Doe and Jane Doe, co-trustees of the Doe Family Living Trust, dated January 4, 1999"):

    Kathleen M. Eagleton, as Trustee of the Eagleton Exemption Trust under Kathleen M. and William L. Eagleton, Jr.
    Revocable Trust, under agreement dated December 7, 2006

11. ☒ This is an irrevocable trust.

    **OR**

    ☐ This is a revocable trust. Name(s) of person(s) holding power to revoke the trust:

    _____

12. ☐ This is an unamendable trust.

    **OR**

    ☒ This trust is amendable. Name(s) of person(s) holding power to amend the trust:

    Kathleen M. Eagleton

(Group) EXHIBIT 1

## CERTIFICATION OF TRUST
(continued)

I (We) certify that the above named trust is in full force and has not been revoked, modified, or amended in any manner which would cause the representations in this Certificate of Trust to be incorrect; and do further acknowledge that conveyance to the trustee has been accepted.

IN WITNESS WHEREOF, each of the undersigned, being a trustee of the above named trust with the authority to execute this Certification of Trust, does hereby execute it this 3rd day of January, 2025.

Kathleen M. Eagleton, individually and as the sole
Trustee of the Eagleton Exemption Trust under
Kathleen M. and William L. Eagleton, Jr. Revocable
Trust, under agreement dated December 7, 2006; and
as the sole survivng Settlor and Trustee of the
Kathleen M. and William L. Eagleton, Jr. Revocable
Trust, under agreement dated December 7, 2006

Subscribed and sworn to before me this __lu__ of __Jan. 2025__, _____.

_____
Notary Public



(Group) EXHIBIT 1

[redacted]

# TRUST CERTIFICATE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $534,000.00 | 01-14-2025 | 07-14-2025 | [redacted] | 162 | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Trust:** Eagleton Exemption Trust
32 Cart Tract Drive
Gloucester, MA 01930

**Lender:** BUSEY BANK, AN ILLINOIS BANKING CORPORATION
LEROY
301 E CEDAR
LEROY, IL 61752

**I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT:**

**CERTIFICATION OF TRUST.** This Trust Certificate is given by the Trustee voluntarily, pursuant to the New Mexico Uniform Trust Code and under penalty of perjury, intending that the facts set forth in this Certificate be relied upon by Lender as true and correct.

(A) Trust is in existence as of this date and is evidenced by a Trust instrument executed on December 7, 2006.

(B) The name and address of the Trustee is: Kathleen M. Eagleton, 32 Cart Tract Drive, Gloucester, MA, 01930.

(C) The name of the Trust Settlor is: Kathleen M. Eagleton.

(D) The powers of Trustee include the power to do, or perform, all of the acts and things on behalf of Trust set forth in this Certificate.

(E) Trust is irrevocable.

(F) The trust instrument requires the signature of any Trustee to exercise any powers of the Trustee.

(G) Trust's tax or employer identification number is [redacted]

(H) Trustee hereby certifies that Trust has not been revoked, modified, or amended in any manner which would cause the representations contained in this Certificate to be incorrect and this Certificate is being signed by all of the currently acting Trustees of Trust. Trustee acknowledges and agrees that Lender may require Trustee to provide copies of excerpts from the trust instrument and amendments which designate the Trustee and confer upon the Trustee the power to act in these transactions, and that Lender may require such further identification or legal opinion supporting the Trustee authority and power as Lender shall deem necessary and prudent.

**BORROWING CERTIFICATE.** Trustee, for and on behalf of Trust, is authorized and empowered on behalf of Trust:

**Borrow Money.** To borrow, as a cosigner or otherwise, from time to time from Lender, on such terms as may be agreed upon between Trust and Lender, such sum or sums of money as in his or her judgment should be borrowed, without limitation.

**Execute Notes.** To execute and deliver to Lender the promissory note or notes, or other evidence of Trust's credit accommodations, on Lender's forms, at such rates of interest and on such terms as may be agreed upon, evidencing the sums of money so borrowed or any of Trust's indebtedness to Lender, and also to execute and deliver to Lender one or more renewals, extensions, modifications, refinancings, consolidations, or substitutions for one or more of the notes, any portion of the notes, or any other evidence of credit accommodations.

**Grant Security.** To mortgage, pledge, transfer, endorse, hypothecate, or otherwise encumber and deliver to Lender any property now or hereafter belonging to Trust or in which Trust now or hereafter may have an interest, including without limitation all of Trust's real property and all of Trust's personal property (tangible or intangible), as security for the payment of any loans or credit accommodations so obtained, any promissory notes so executed (including any amendments to or modifications, renewals, and extensions of such promissory notes), or any other or further indebtedness of Trust to Lender at any time owing, however the same may be evidenced. Such property may be mortgaged, pledged, transferred, endorsed, hypothecated or encumbered at the time such loans are obtained or such indebtedness is incurred, or at any other time or times, and may be either in addition to or in lieu of any property theretofore mortgaged, pledged, transferred, endorsed, hypothecated or encumbered.

**Execute Security Documents.** To execute and deliver to Lender the forms of mortgage, deed of trust, pledge agreement, hypothecation agreement, and other security agreements and financing statements which Lender may require and which shall evidence the terms and conditions under and pursuant to which such liens and encumbrances, or any of them, are given; and also to execute and deliver to Lender any other written instruments, any chattel paper, or any other collateral, of any kind or nature, which Lender may deem necessary or proper in connection with or pertaining to the giving of the liens and encumbrances.

**Subordination.** To subordinate, in all respects, any and all present and future indebtedness, obligations, liabilities, claims, rights, and demands of any kind which may be owed, now or hereafter, from any person or entity to Trust to all present and future indebtedness, obligations, liabilities, claims, rights, and demands of any kind which may be owed, now or hereafter, from such person or entity to Lender ("Subordinated Indebtedness"), together with subordination by Trust of any and all security interests of any kind, whether now existing or hereafter acquired, securing payment or performance of the Subordinated Indebtedness; all on such subordination terms as may be agreed upon between Trust's Trustees and Lender and in such amounts as in his or her judgment should be subordinated.

**Negotiate Items.** To draw, endorse, and discount with Lender all drafts, trade acceptances, promissory notes, or other evidences of indebtedness payable to or belonging to Trust or in which Trust may have an interest, and either to receive cash for the same or to cause such proceeds to be credited to Trust's account with Lender, or to cause such other disposition of the proceeds derived therefrom as he or she may deem advisable.

**Further Acts.** In the case of lines of credit, to designate additional or alternate individuals as being authorized to request advances under such lines, and in all cases, to do and perform such other acts and things, to pay any and all fees and costs, and to execute and deliver such other documents and agreements, **including agreements waiving the right to a trial by jury and confessing judgment against Trust,** as the Trustee may in his or her discretion deem reasonably necessary or proper in order to carry into effect the provisions of this Certificate.

**TERMINATION OR TRANSFER.** Trustees agree that the Trustees will provide to Lender written notice prior to any termination or revocation of

## TRUST CERTIFICATE
### (Continued)

Loan No: ███████████

Page 2

Trust or prior to the transfer from Trust of any Trust asset upon which Lender may be relying for repayment of Trust's indebtedness to Lender.

**NOTICES TO LENDER.** The Trustees will promptly notify Lender in writing at Lender's address shown above (or such other addresses as Lender may designate from time to time) prior to any (A) change in Trust's name; (B) change in Trust's assumed business name(s); (C) change in the Trustees of the Trust; (D) change in the authorized signer(s); (E) change in Trust's state of organization; (F) conversion of Trust to a new or different type of business entity; or (G) change in any other aspect of Trust that directly or indirectly relates to any agreements between Trust and Lender. No change in Trust's name or state of organization will take effect until after Lender has received notice.

**FURTHER TRUST CERTIFICATIONS.** The persons named above is duly appointed and acting Trustee of Trust and is duly authorized to act on behalf of Trust in the manner described above; I am familiar with the purpose of the indebtedness; the indebtedness proceeds are to be used for a legitimate trust purpose and for the benefit of the Trust and its beneficiaries.

**CONTINUING VALIDITY.** This Certificate shall be continuing, shall remain in full force and effect and Lender may rely on it until written notice of its revocation shall have been delivered to and received by Lender at Lender's address shown above (or such addresses as Lender may designate from time to time). Any such notice shall not affect any of Trust's agreements or commitments in effect at the time notice is given.

IN TESTIMONY WHEREOF, I have hereunto set my hand.

I have read all the provisions of this Certificate, and I personally and on behalf of Trust certify that all statements and representations made in this Certificate are true and correct. This Trust Certificate is dated January **14, 2025.**

CERTIFIED TO AND ATTESTED BY:

X _Kathleen M. Eagleton_
Kathleen M. Eagleton, Trustee of Eagleton Exemption Trust

---

## TRUST ACKNOWLEDGMENT

STATE OF _Massachusetts_        )
                                ) SS
COUNTY OF _Middlesex_           )

This record was acknowledged before me on: _January 15_, 20_25_ by Kathleen M. Eagleton as Trustee of Eagleton Exemption Trust .

_____
Signature of notarial officer



JESSICA M. CUNHA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
February 13, 2026

Stamp

_Notary Public_
Title of office

New Mexico state bar identification number, judicial district or area, county served or notary public commission number and date of commission expiration: _____

LaserPro, Ver. 24.2.20.003 Copr. Finastra USA Corporation 1997, 2025   All Rights Reserved   - NM/IL  C:\CFI\WIN\CFI\LPL\C25.FC  TR-108599  PR-758

(Group) EXHIBIT 1



## TRUST CERTIFICATE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $700,000.00 | 03-19-2025 | 09-19-2025 | | 162 | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:**  Eagleton Exemption Trust
32 Cart Tract Drive
Gloucester, MA  01930

**Lender:**  BUSEY BANK, AN ILLINOIS BANKING CORPORATION
LEROY
301 E CEDAR
LEROY, IL  61752

**Trust:**  The Kathleen M. and William L. Eagleton, Jr.
Revocable Trust under agreement dated December 7, 2006
32 Cart Tract Drive
Gloucester, MA  01930

---

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT:

**CERTIFICATION OF TRUST.** This Trust Certificate is given by the Trustee voluntarily, pursuant to the New Mexico Uniform Trust Code and under penalty of perjury, intending that the facts set forth in this Certificate be relied upon by Lender as true and correct.

(A)  Trust is in existence as of this date and is evidenced by a Trust instrument executed on December 7, 2006.

(B)  The name and address of the Trustee is: Kathleen M. Eagleton, 32 Cart Tract Drive, Gloucester, MA, 01930.

(C)  The name of the Trust Settlor is: Kathleen M. Eagleton.

(D)  The powers of Trustee include the power to do, or perform, all of the acts and things on behalf of Trust set forth in this Certificate.

(E)  Trust is irrevocable.

(F)  The trust instrument requires the signature of any Trustee to exercise any powers of the Trustee.

(G)  Trust's tax or employer identification number is .

(H)  Trustee hereby certifies that Trust has not been revoked, modified, or amended in any manner which would cause the representations contained in this Certificate to be incorrect and this Certificate is being signed by all of the currently acting Trustees of Trust. Trustee acknowledges and agrees that Lender may require Trustee to provide copies of excerpts from the trust instrument and amendments which designate the Trustee and confer upon the Trustee the power to act in these transactions, and that Lender may require such further identification or legal opinion supporting the Trustee authority and power as Lender shall deem necessary and prudent.

**BORROWING CERTIFICATE.** Trustee, for and on behalf of Trust, is authorized and empowered on behalf of Trust:

**Grant Security.** To mortgage, pledge, transfer, endorse, hypothecate, or otherwise encumber and deliver to Lender any property now or hereafter belonging to Trust or in which Trust now or hereafter may have an interest, including without limitation all of Trust's real property and all of Trust's personal property (tangible or intangible), as security for the payment of any loans, any promissory notes, or any other or further indebtedness of Eagleton Exemption Trust to Lender at any time owing, however the same may be evidenced. Such property may be mortgaged, pledged, transferred, endorsed, hypothecated or encumbered at the time such loans are obtained or such indebtedness is incurred, or at any other time or times, and may be either in addition to or in lieu of any property theretofore mortgaged, pledged, transferred, endorsed, hypothecated or encumbered. The provisions of this Certificate authorizing or relating to the pledge, mortgage, transfer, endorsement, hypothecation, granting of a security interest in, or in any way encumbering, the assets of Trust shall include, without limitation, doing so in order to lend collateral security for the indebtedness, now or hereafter existing, and of any nature whatsoever, of Eagleton Exemption Trust to Lender. The Trustees have considered the value to Trust of lending collateral in support of such indebtedness, and the Trustees represent to Lender that Trust is benefited by doing so.

**Execute Security Documents.** To execute and deliver to Lender the forms of mortgage, deed of trust, pledge agreement, hypothecation agreement, and other security agreements and financing statements which Lender may require and which shall evidence the terms and conditions under and pursuant to which such liens and encumbrances, or any of them, are given; and also to execute and deliver to Lender any other written instruments, any chattel paper, or any other collateral, of any kind or nature, which Lender may deem necessary or proper in connection with or pertaining to the giving of the liens and encumbrances.

**Subordination.** To subordinate, in all respects, any and all present and future indebtedness, obligations, liabilities, claims, rights, and demands of any kind which may be owed, now or hereafter, from any person or entity to Trust to all present and future indebtedness, obligations, liabilities, claims, rights, and demands of any kind which may be owed, now or hereafter, from such person or entity to Lender ("Subordinated Indebtedness"), together with subordination by Trust of any and all security interests of any kind, whether now existing or hereafter acquired, securing payment or performance of the Subordinated Indebtedness; all on such subordination terms as may be agreed upon between Trust's Trustees and Lender and in such amounts as in his or her judgment should be subordinated.

**Negotiate Items.** To draw, endorse, and discount with Lender all drafts, trade acceptances, promissory notes, or other evidences of indebtedness payable to or belonging to Trust or in which Trust may have an interest, and either to receive cash for the same or to cause such proceeds to be credited to Trust's account with Lender, or to cause such other disposition of the proceeds derived therefrom as he or she may deem advisable.

**Further Acts.** To do and perform such other acts and things and to execute and deliver such other documents and agreements, including agreements waiving the right to a trial by jury and confessing judgment against Trust, as the Trustee may in his or her discretion deem reasonably necessary or proper in order to carry into effect the provisions of this Certificate.

**TERMINATION OR TRANSFER.** Trustees agree that the Trustees will provide to Lender written notice prior to any termination or revocation of

(Group) EXHIBIT 1

Loan No: ▮▮▮▮▮▮▮▮▮▮

**TRUST CERTIFICATE**
**(Continued)**

Page 2

Trust or prior to the transfer from Trust of any Trust asset upon which Lender may be relying for repayment of Trust's indebtedness to Lender.

**NOTICES TO LENDER.** The Trustees will promptly notify Lender in writing at Lender's address shown above (or such other addresses as Lender may designate from time to time) prior to any (A) change in Trust's name; (B) change in Trust's assumed business name(s); (C) change in the Trustees of the Trust; (D) change in the authorized signer(s); (E) change in Trust's state of organization; (F) conversion of Trust to a new or different type of business entity; or (G) change in any other aspect of Trust that directly or indirectly relates to any agreements between Trust and Lender. No change in Trust's name or state of organization will take effect until after Lender has received notice.

**FURTHER TRUST CERTIFICATIONS.** The persons named above is duly appointed and acting Trustee of Trust and is duly authorized to act on behalf of Trust in the manner described above; I am familiar with the purpose of the indebtedness; the indebtedness proceeds are to be used for a legitimate trust purpose and for the benefit of the Trust and its beneficiaries.

**CONTINUING VALIDITY.** This Certificate shall be continuing, shall remain in full force and effect and Lender may rely on it until written notice of its revocation shall have been delivered to and received by Lender at Lender's address shown above (or such addresses as Lender may designate from time to time). Any such notice shall not affect any of Trust's agreements or commitments in effect at the time notice is given.

IN TESTIMONY WHEREOF, I have hereunto set my hand.

I have read all the provisions of this Certificate, and I personally and on behalf of Trust certify that all statements and representations made in this Certificate are true and correct. This Trust Certificate is dated March 19, 2025.

CERTIFIED TO AND ATTESTED BY:

X _Kathleen M. Eagleton_

Kathleen M. Eagleton, Trustee of The Kathleen M. and William L. Eagleton, Jr. Revocable Trust under agreement dated December 7, 2006

---

## TRUST ACKNOWLEDGMENT

STATE OF _Massachusetts_   )
                                                ) SS
COUNTY OF _Middlesex_   )

This record was acknowledged before me on _March 19_, 20_25_ by Kathleen M. Eagleton as Trustee of The Kathleen M. and William L. Eagleton, Jr. Revocable Trust under agreement dated December 7, 2006.

_____
Signature of notarial officer

> JESSICA M. CUNHA
> Notary Public
> COMMONWEALTH OF MASSACHUSETTS
> My Commission Expires
> February 13, 2026

Stamp

_Notary_
Title of office

New Mexico state bar identification number, judicial district or area, county served or notary public commission number and date of commission expiration: _____

LaserPro, Ver. 24.2.20.003 Copr. Finastra USA Corporation 1997, 2025. All Rights Reserved. - NM/IL  C:\CFI\WIN\CFI\LPL\C25.FC  TR-109272  PR-758

(Group) EXHIBIT 1